IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                       )
                                             )
SNYDER, SCOTT A.                             )   Case No. 05-19707-M
SNYDER, DEANNA J.                            )   (Chapter 7)
                                             )
         Debtors.                            )

### REPORT OF TRUSTEE OF UNCLAIMED DIVIDENDS AND OTHER MONIES UNDER 11 U.S.C. SECTION 347

To the United States Bankruptcy Court Clerk:

Steven W. Soulé, Trustee in the above-styled case, hereby reports that there are dividends of a payment that is unclaimed.

The following is a list of the names and addresses, as far as known, of the entities entitled thereto, showing the respective amounts payable:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| W.F.N.N.B.-Stage | P.O. Box 64<br>Jacksonville, TX 75766-0064 | $5,141.04 |
| Shell/Texaco | P. O. Box 790001<br>Houston, TX 77279-0001 | $338.46 |
| Fleet Credit Card Services | P. O. Box 84006<br>Columbus, GA 31908 | $2,954.45 |
| Direct Merchants Bank | P. O. Box 21550<br>Tulsa, OK 74121 | $2,185.57 |

Total transferred into the registry of the Court:   $10,619.52

Enclosed herewith is the estate's checks made payable to this Court in the total amount of $10,619.52.

Doc#: 205075 Ver#:1 733626:01335
1162072.1:733626:00120
9/24/10

**Dated:** September 28, 2010.

_____
Steven W. Soulé, OBA #13781
320 South Boston Avenue
Suite 200
Tulsa, Oklahoma 74103-3706
(918) 594-0466  Office number
(918) 594-0505  Fax number
ssoule@hallestill.com

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX

STEVEN W. SOULE', TRUSTEE
320 S. BOSTON AVENUE
SUITE 400, 3RD FLOOR
TULSA, OK 741033708

TURNOVER OF UNCLAIMED FUNDS

| CHECK NUMBER |
|---|
| 22 |

| DATE | AMOUNT |
|---|---|
| 09/28/10 | ******10,619.52 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-19707   M | Debtor: SNYDER, SCOTT A. |
| | Joint Debtor: SNYDER, DEANNA J. |

PAY TO THE ORDER OF

NORTHERN DISTRICT COURT CLERK
224 SOUTH BOULDER, 1ST FLOOR
TULSA, OK 74103

*Ten Thousand Six Hundred Nineteen Dollars And 52/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000022⑈ ⑆111000012⑆ 4437330514⑈

| Date: 09/28/10 | Check Number: 22 | Amount: 10,619.52 |
|---|---|---|

Case Number: 05-19707   M
Debtor Name: SNYDER, SCOTT A.

| Paid To: | NORTHERN DISTRICT COURT CLERK<br>224 SOUTH BOULDER, 1ST FLOOR<br>TULSA, OK 74103 | Trustee: | STEVEN W. SOULE', TRUSTEE<br>320 SOUTH BOSTON, SUITE 200<br>TULSA, OK  74103-3706 |
|---|---|---|---|

Description:   TURNOVER OF UNCLAIMED FUNDS

Bank Account Number:   4437330514